IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

—————————————

No. 02-50336
Conference Calendar

—————————————

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JESUS RAYMOND LUCERO,
also known as Jesus Reymond Lucero,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-00-CR-3-3
--------------------
December 12, 2002

Before JOLLY, JONES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Jesus Raymond Lucero, has filed
a motion to withdraw as counsel and brief as required by Anders
v. California, 386 U.S. 738 (1967).  Lucero has not filed a
response.  Our independent review of counsel's brief and the
record discloses no nonfrivolous issue for appeal.  Accordingly,
the motion for leave to withdraw is GRANTED, counsel is excused
from further responsibilities herein, and the APPEAL IS
DISMISSED.  5TH CIR. R. 42.2.

————————————————————

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.